No. 750. HARRINGTON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. [Certiorari granted, *ante,* p. 949.] Motion of petitioner for appointment of counsel granted. It is ordered that *Roger S. Hanson, Esquire,* of Woodland Hills, California, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 993, Misc. IN RE DISBARMENT OF LICHOTA. Edith Fischer Lichota, of Twinsburg, Ohio, having resigned as a member of the Bar of this Court, it is ordered that her name be stricken from the roll of attorneys admitted to practice in this Court. The rule to show cause heretofore issued [*ante,* p. 812] is discharged.

No. 883, Misc. BISHOP *v.* CICCONE, WARDEN;

No. 1001, Misc. PETERSON *v.* SCHNECKLOTH, CONSERVATION CENTER SUPERINTENDENT;

No. 1175, Misc. SMITH *v.* ROGERS, STATE HOSPITAL SUPERINTENDENT;

No. 1181, Misc. WOOD *v.* TURNER, WARDEN;

No. 1188, Misc. WILLIAMS *v.* CALIFORNIA CONSERVATION CENTER SUPERINTENDENT;

No. 1192, Misc. FURTAK *v.* MANCUSI, WARDEN;

No. 1208, Misc. VINSON *v.* EYMAN, WARDEN, ET AL.;

No. 1260, Misc. McMAHON *v.* FIELD, MEN'S COLONY SUPERINTENDENT;

No. 1295, Misc. RABON *v.* EYMAN, WARDEN, ET AL.;

No. 1296, Misc. JONES *v.* TURNER, WARDEN;

No. 1312, Misc. HUNT *v.* CRAVEN, WARDEN;

No. 1322, Misc. BOONE *v.* FITZBERGER, WARDEN;

No. 1325, Misc. PEARSON *v.* ADULT PAROLE AUTHORITY OF OHIO ET AL.;

No. 1332, Misc. McGURRIN *v.* SHOVLIN, STATE HOSPITAL SUPERINTENDENT; and

No. 1399, Misc. SMITH *v.* NELSON, WARDEN, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.